# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                               Case No.  19-31358 KAC

John Jacob Milbauer

    Debtor.

## ORDER GRANTING RELIEF

This case is before the court on the motion of U.S. Bank National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-11, for relief from the automatic stay imposed by 11 U.S.C. § 362(a) [DOC 17].

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief, but that the motion is moot as to the debtor, the automatic stay having terminated upon entry of the debtor's discharge.

**IT IS ORDERED:**

1.    The motion for relief from stay is granted as follows.

2.    The automatic stay imposed by 11 U.S.C. § 362(a) is terminated as to the estate's interest in the property such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

Lot One (1), Block Two (2), Kempf's LaBelle; Together with an undivided 1/18th interest in Outlot B, Kempf's LaBalle; Together with an easement for ingress and egress as established in that certain agreement recorded as document number 321865, Washington County, Minnesota

3.    Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: _____September 4, 2019_____       /e/ Katherine A. Constantine
                                                                     United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/04/2019*
Lori Vosejpka, Clerk, by jhn